**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DOMINIQUE ROSIER,**
        **Plaintiff,**

**-vs-**                                          **Case No. 6:07-cv-159-Orl-18DAB**

**SAFAMARWA, INC.,**
**d/b/a Adams Cleaners,**
        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S MOTION FOR SANCTIONS (Doc. No. 20)**
>
> **FILED:**      April 16, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice to its reassertion in a motion for summary judgment or at trial.

Defendant seeks sanctions for "Plaintiff's false identification of her period of employment and her daily work schedule" as a clerk and shirt presser at Defendant's dry cleaning store. Doc. No. 20. Plaintiff's sworn responses to the Court's interrogatories say she was employed by Defendant from August 2005 to June 2006 and was paid straight time for 35 hours per week overtime. Doc. No. 16. Defendant's Verified Summary of Wage Payments to Plaintiff (without the actual records attached), shows that, from November 2005 to May 2006, Plaintiff was paid for anywhere between 23 to 45 hours each week. Doc. No. 17.

Even though no response to the motion has been filed, at this stage of the proceedings, Plaintiff's allegations turn on her credibility. In many FLSA cases, plaintiffs assert claims for work time that was "off the clock" and defendants bear the responsibility for maintaining accurate time records. Until Defendant brings forward evidence that its records account for *all* of Plaintiff's time, whether straight time or overtime, sanctions are inappropriate. Determination of this issue on a sanctions motion with an incomplete record would be inappropriate. However, Defendant may reassert the issue at a later stage in the case. Plaintiff is cautioned that failure to respond to a properly supported motion for summary judgment could result in dismissal of the action and imposition of sanctions.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record