**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DOMINIQUE ROSIER,**
        **Plaintiff,**

**-vs-**                                                                **Case No. 6:07-cv-159-Orl-18DAB**

**SAFAMARWA, INC.,**
**d/b/a Adams Cleaners,**
        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY (Doc. No. 33)**
>
> **FILED:**       September 4, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The basis for Defendant's requested extension is a stay of the discovery period, which, according to Defendant, is "appropriate until the Court rules on [its] Motion" to Dismiss (Doc. No. 32). *See* Doc. No. 33. Discovery will not be stayed pending a ruling on Defendant's Motion to Dismiss. The Motion for Extension is **DENIED**; Defendant's responses are due to Plaintiff by September 7, 2007 at 5:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2007.

                                              *David A. Baker*
                                              DAVID A. BAKER
                                              UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Counsel of Record
Unrepresented Parties